ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| EL PUEBLO DE PUERTO RICO<br><br>Apelado<br><br>V.<br><br>GRACIA ESTHER CADILLA CUMEY<br><br>Apelante | KLAN202400509 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Casos Crim. Núm.: KLE2023G0175<br><br>Sobre: L2842010899 / Ley Contra el Acecho de Puerto Rico |
|---|---|---|

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Salgado Schwarz y el Juez Ronda Del Toro

**Ronda Del Toro, Juez Ponente**

## SENTENCIA

En San Juan, Puerto Rico, a 8 de julio de 2024.

Examinada la Moción Informando Fallecimiento de la Apelante presentada por la parte Apelante el 20 de junio de 2024, este Tribunal le solicitó a la parte apelada (Oficina del Procurador General), que informe su posición en torno a la información del fallecimiento que suple el abogado de la propia parte apelante, pero que carece de una certificación que nos permita tomar conocimiento de ese hecho.

En cumplimiento con lo ordenado, la parte apelada ha suplido el informe que solicita la autopsia de la apelante, pues estaba confinada bajo el control del Centro Correccional de Bayamón.

Con esa certificación del fallecimiento de la apelante, se toma conocimiento judicial de ese hecho y se decreta el recurso

Número Identificador

SEN2024 _____

en académico y conforme la Regla 83 del Reglamento del Tribunal de Apelaciones, se desestima esta Apelación.

Lo acordó y manda el Tribunal y certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones